IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DERRICK LAWAYNE DANIELS,  )<br>  )<br>   Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>KARLA WALKER JONES,  )<br>Warden, et al.,  )<br>  )<br>   Defendants.  ) | CIVIL ACTION NO.<br>2:23cv545-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that, while at Bullock Correctional Facility, he was repeatedly assaulted by other inmates, subjected to excessive force by correctional officers, and received insufficient and inappropriate treatment for serious mental-health needs. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute. There are no objections to the recommendation. After an

independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 11th day of March, 2024.

                                              /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**